PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-MC-00160-TLN-DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $19,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Patrick and Ardelle Hoggatt ("claimants"), appearing *in propria persona*, as follows:

1. On or about July 27 and 28, 2017, claimants filed claims in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $19,600.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 25, 2017.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1
Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 25, 2017.

4. By Stipulation and Order filed October 26, 2017, the parties stipulated to extend to November 24, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 22, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 22, 2018.

Dated: 11/17/17  PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/17/17  /s/ Ardelle Hoggatt
ARDELLE HOGGATT
Potential Claimant
Appearing *in propria persona*

Dated: 11/17/17  /s/ Patrick Hoggatt
PATRICK HOGGATT
Potential Claimant
Appearing *in propria persona*

(Signatures authorized by phone)

**IT IS SO ORDERED**.

Dated: December 5, 2017

Troy L. Nunley
United States District Judge

2