1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:17-MC-00160-TLN-DB

12                    Plaintiff,           STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
13          v.                             AND/OR TO OBTAIN AN INDICTMENT
                                           ALLEGING FORFEITURE
14  APPROXIMATELY $19,600.00 IN U.S.
    CURRENCY,
15
                      Defendant.
16

17          It is hereby stipulated by and between the United States of America and potential claimants

18  Patrick and Ardelle Hoggatt ("claimants"), appearing *in propria persona*, as follows:

19          1.      On or about July 27 and 28, 2017, claimants filed claims in the administrative forfeiture

20  proceeding with the U.S. Postal Inspection Service with respect to the Approximately $19,600.00 in U.S.

21  Currency (hereafter "defendant currency"), which was seized on May 25, 2017.

22          2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

23  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a

24  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants

25  has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

26          3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

27  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

28  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

                                              1

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 25, 2017.

4.      By Stipulation and Order filed October 26, 2017, the parties stipulated to extend to November 24, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed December 6, 2017, the parties stipulated to extend to February 22, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed February 20, 2018, the parties stipulated to extend to April 23, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 23, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

8.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 23, 2018.

Dated: 4/20/18                                         McGREGOR W. SCOTT
                                                       United States Attorney

                                         By:     /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated: 4/20/18                                   /s/ Ardelle Hoggatt
                                                 ARDELLE HOGGATT
                                                 Potential Claimant
                                                 Appearing *in propria persona*

Dated: 4/20/18                                   /s/ Patrick Hoggatt
                                                 PATRICK HOGGATT
                                                 Potential Claimant
                                                 Appearing *in propria persona*

                                                 (Signatures authorized by phone)

     **IT IS SO ORDERED**.

Dated: April 24, 2018

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge